UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO.: 5:24CR00444-002

ANGELA BROOKS

HONORABLE BRENDA K. SANNES, CHIEF U.S. DISTRICT JUDGE

## ORDER

Upon application of the defendant to modify her conditions of pretrial release to remove the requirement for GPS monitoring; the Court hereby **DENIES** the defendant's request. The Court recognizes the defendant's physical health and compliance on pretrial release; however, the Court has been apprised of recent concerns surrounding the defendant's mental health. Alternatively, the Court **ORDERS** the modification of the defendant's location monitoring from home detention to curfew. The Court notes the probation office has policies in place wherein the location monitoring equipment may be promptly removed if the defendant has a medical emergency, upon approval of pretrial services.

All other conditions shall remain the same.

**SO ORDERED.**

Dated: January 8, 2026
Syracuse, New York

Honorable Brenda K. Sannes
Chief U.S. District Judge